STATE OF NEBRASKA, · APPELLEE, v. RICCARDO L. SILVACARVALHO, APPELLANT.

197 N. W. 2d 637

Filed May 19, 1972. No. 38400.

Riccardo L. Silvacarvalho, pro se.

Clarence A. H. Meyer, Attorney General, and Melvin K. Kammerlohr, for appellee.

·Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

NEWTON, J.

In this appeal defendant maintains a sentence of 2 years for burglary is excessive. He had several prior felony convictions and was subject to a habitual criminal charge. See State v. Holoubek, 187 Neb. 163, 188 N. W. 2d 439.

The judgment of the district court is affirmed. · See Rule 20.

AFFIRMED.